IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 296

| | |
|---|---|
| AMANDA L. FIELDS, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>IRA R. TROLLINGER, individually and in )<br>his official capacity; COY W. GIBSON, )<br>individually and in his official capacity; )<br>SUSAN I. WESTALL, individually and in )<br>her official capacity; and THE )<br>MCDOWELL COUNTY BOARD OF )<br>EDUCATION, )<br>)<br>**Defendants.** ) | **CONSENT PROTECTIVE ORDER** |

Pending before the Court is the Consent Motion to Seal Document [# 30]. Plaintiff moves to seal medical records she intends to file in connection with her response to Defendant's Motion for Summary Judgment. Upon consideration of Local Rule 6.1, and taking into account the requirements set forth by the Fourth Circuit in <u>Media Gen. Operations, Inc. v. Buchanan</u>, 417 F.3d 424 (4th Cir. 2005), the Court **GRANTS** the Motion to Seal [# 30]. Plaintiff may file her medical records under seal. The Clerk shall restrict access to the documents to the Court and the attorneys of record in this case pending further order of this Court.

Signed: February 21, 2012

Dennis L. Howell
United States Magistrate Judge