THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv296

| | |
|---|---|
| AMANDA L. FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM OF** |
| ) | **DECISION AND ORDER** |
| ) | |
| IRA R. TROLLINGER, individually ) | |
| and in his official capacity; COY W. ) | |
| GIBSON, individually and in his ) | |
| official capacity; SUSAN I. ) | |
| WESTALL, individually and in her ) | |
| official capacity; and THE ) | |
| McDOWELL COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the mediator's oral report to the Court that this case has been settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 17, 2012

Martin Reidinger
United States District Judge