# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv296

| | |
|---|---|
| AMANDA L. FIELDS, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> IRA R. TROLLINGER, individually ) </br> and in his official capacity; COY W. ) </br> GIBSON, individually and in his ) </br> official capacity; SUSAN I. ) </br> WESTALL, individually and in her ) </br> official capacity; and THE ) </br> McDOWELL COUNTY BOARD OF ) </br> EDUCATION, ) </br> ) </br> Defendants. ) | **MEMORANDUM OF DECISION AND ORDER** |

**THIS MATTER** is before the Court on the mediator's oral report to the Court that this case has been settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 17, 2012

Martin Reidinger
United States District Judge